IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROY ANTHONY HOLZOK, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-1477-B (BK) |
| | § | |
| SHERIFF JIM BOWLES, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** as moot Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. #2).

SO ORDERED this 8th day of October, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE